Edward J. Maney, Trustee, Bar #12256
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| JOSEPH GABRIEL SAYLOR | ) | Case No. 11-08112-PHX-SSC |
| JOANNE MARIE SAYLOR | ) | |
| | ) | TRUSTEE'S OBJECTION TO PROOF |
| | ) | OF CLAIM AND NOTICE THEREON |
| | ) | |
| _____Debtor (s)_____) | | |

      COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

      No:     024
      Name:   ECMC
      Address:  Lockbox 8682
               P.O. Box 75848
               St. Paul,MN 55175-0848
      Acct No:  7048

Upon the following grounds:

      Claim was untimely filed

The Trustee recommends said claim be allowed but paid only if funds are available, after all timely filed claims are paid,  on a pro-rata basis with other untimely filed claims:

NOTICE IS GIVEN that the above claim shall be treated as recommended above by the Trustee unless on or before June 21, 2013 (30 days from the mailing date) the creditor EITHER:

  1.  Sends, WITH A COPY OF THIS NOTICE, proof that the claim should be treated as timely filed; or

  2.  Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Court, and mails a copy thereof to the Trustee at 101 N. First Avenue, Suite 1775, Phoenix, Arizona, 85003.

Dated: See Electronic Signature

                           _____
                                 Edward J. Maney, Trustee

CERTIFICATE OF MAILING FOR CASE NO. 11-08112

Copies of the foregoing mailed (see electronic signature below) to the following:

Kevin J. Rattay, Esq.

5450 E. High Street

Suite #300

Phoenix, AZ 85054-

Attorney for Debtor


JOSEPH GABRIEL SAYLOR

42234 N. 46TH LANE

ANTHEM, AZ 85086

Debtor


JOANNE MARIE SAYLOR

June 21, 2013

Co-Debtor
ECMC

Lockbox 8682

P.O. Box 75848

St. Paul MN 55175-0848

Creditor



Creditor



By: _____