IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: October 4, 2013



Sarah S. Curley, Bankruptcy Judge
_____

Edward J. Maney, #12256
CHAPTER 13 TRUSTEE
101 N. First Avenue, Suite 1775
Phoenix Arizona, 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| Joseph Gabriel Saylor | ) | CASE NO. 11-08112-PHX-SSC |
| | ) | |
| Joanne Marie Saylor | ) | ORDER ON TRUSTEE'S OBJECTION |
| | ) | TO PROOF OF CLAIM #24 |
| Debtor(s) | ) | |

     Edward J. Maney the Trustee of the above-captioned estate, having objected to proof of claim #24, and after due notice by mail to the claimant, and the claimant having failed to respond, and good cause appearing:

     IT IS ORDERED THAT the Trustee's Objection to Proof of Claim #24 filed on August 13, 2013, against ECMC, be sustained and the following unsecured portion is allowed but paid only if funds are available after all timely filed claims are paid, on a pro-rata basis with other untimely filed claims.

Dated: _____

_____
United States Bankruptcy Judge

Edward J. Maney, #12256
CHAPTER 13 TRUSTEE
101 North First Avenue, Suite 1775
Phoenix Arizona, 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| Joseph Gabriel Saylor | Case No. 11-08112-PHX-SSC |
| Joanne Marie Saylor | CERTIFICATE OF MAILING |
| Debtor(s) | |

Copies of the foregoing mailed (see electronic signature below) to the following:

ECMC
Bankruptcy Collections
P.O. Box 75906
St. Paul, MN 55175
Creditor

ECMC
P.O. Box 75848
Lockbox 8682
St. Paul, MN 55175-0848
Creditor

Kevin J. Rattay, Esq.
5450 E. High Street, Suite #300
Phoenix, AZ 85054
Debtor Attorney

Joseph Gabriel Saylor
Joanne Marie Saylor
4223 N. 46th Lane
Anthem, AZ 85086
Debtors

By: *Tiffany Warblow* (Digitally signed by Tiffany Warblow, DN: cn=Tiffany Warblow, o=Edward J. Maney Chapter 13 Trustee, ou, email=twarblow@maney13trustee.com, c=US, Date: 2013.10.03 10:42:07 -07'00')
Special Administrator Assistant for
Edward J. Maney, Trustee